THOMAS KALLICHES, INC., Appellant, v. PETROS MARKANTES, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Breitel, JJ.

JENNIS M. DOROSHAW, Respondent, v. AETNA INDUSTRIAL CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Breitel, JJ. [Order denied motion to dismiss complaint.] [See post, p. 836.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALLAN COULTER, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Breitel, JJ.

LOUIS A. WEBER et al., as Administrators of the Estate of LOIS J. WEBER, Deceased, Respondents, v. UNITED AIR LINES, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant, unless the plaintiffs stipulate to accept a further reduction in the personal injuries action to $15,000 damages, in addition to the $17,000 awarded in the wrongful death action, in which event the judgment, as so modified is affirmed, without costs. The amount awarded is excessive. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Breitel, JJ.

MORRIS GOLUB, Appellant, v. CITY OF NEW YORK, Defendant, and JANE SCIACCA, Individually and as Administratrix of the Estate of THOMAS P. SCIACCA, et al., Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore and Callahan, JJ. [201 Misc. 866.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO RIZZI, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Breitel, JJ.

RODNEY D. ANDREWS, Respondent, v. CHARLES L. O'REILLY, Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to dismiss the third cause of action granted, with leave to serve an amended complaint within ten days after service of the order, with notice of entry thereof, on payment of said costs. The third cause of action fails to allege facts sufficient to constitute a cause of action either for breach of contract made by appellant for plaintiff's benefit, or for breach of contract to compensate plaintiff for work, labor and services. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ.

FRANK SERAPIGLIA, Appellant, v. SANTINI BROS. INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Breitel, JJ.